IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| DANIEL LITTLEPAGE, | Case No. 1:20-cv-962 |
| Petitioner, | Judge Matthew W. McFarland |
| | Magistrate Judge Michael R. Merz |
| v. | |
| JUDGE NORBERT A. NADEL, | |
| Respondent. | |

---

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS (Docs. 14, 17, 20), OVERRULING OBJECTIONS, and DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. 13)**

---

This action is before the Court on Magistrate Judge Michael R. Merz's Reports and Recommendations (Docs. 14, 17, 20). This matter was terminated on December 27, 2022, when the Court determined it had no jurisdiction. (Doc. 9.) Petitioner then filed a motion for leave to appeal *in forma pauperis*. Magistrate Judge Merz concluded that Petitioner has not presented any issue to be raised on appeal that is not objectively frivolous. He recommended denying Petitioner's motion and certifying that any appeal would be objectively frivolous. (Doc. 14.) Petitioner objected. Magistrate Judge Merz reviewed the objections but adhered to his prior recommendation. This process repeated but Magistrate Judge Merz again reached the same conclusion.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon such review, the Court finds that Petitioner's objections fail to identify any error and are accordingly

OVERRULED.

Thus, the Court **ORDERS** as follows:

(1) The Court **ADOPTS** the Reports and Recommendations (Docs. 14, 17, 20) in their entirety.

(2) Petitioner's motion for leave to appeal *in forma pauperis* (Doc. 13) is **DENIED**.

(3) The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons expressed in the Report, an appeal of this Order adopting the Report would be objectively frivolous, and therefore **DENIES** plaintiff leave to appeal *in forma pauperis. See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997), *overruled on other grounds, Jones v. Bock*, 549 U.S. 199, 203 (2007).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND